I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.27.12

DEPUTY CLERK

JS-6 / ENTERED

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GABRIEL VINCENT PEREZ,

    Petitioner,

vs.

LELAND McEWEN, Warden,

    Respondent.

Case No. EDCV 11-0154-AHM (JPR)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 26, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE